1  **William L. Alexander** (State Bar Number 126607)
2  **Alisyn J. Palla** (State Bar Number 236192)
   Alexander & Associates
3  1925 G Street
   Bakersfield, CA  93301
4  Phone: 661-316-7888
   Email:  walexander@alexander-law.com
5

6  **Attorneys for Defendants**

7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10  M.D. MARK, INC.,                           ) Case No.  1:17-CV-00258-LJO-JLT
                                               )
11                         Plaintiff,          ) **JOINT MID-DISCOVERY STATUS**
                                               ) **REPORT**
12  vs.                                        )
                                               )
13                                             ) **Date:  June 28, 2017**
    PACSEIS, INC.                              ) **Time: 8:30 a.m.**
14                                             )
                                               )
15                         Defendant.          )
                                               )
16                                             )
                                               )
17                                             )
                                               )
18  _____

19       The parties, by and through their attorneys, submit this Joint Mid-Discovery Status Report.

20       Defendants, PacSeis, Inc., served their initial disclosures on May 8, 2017.  Plaintiff, M. D.

21  Mark, Inc., served their initial disclosure and documents on May 9, 2017.

22       No other discovery has been conducted at this time, however, counsel for the parties

23  anticipate propounding written discovery requests within the next 30-60 days.

24       Respectfully submitted,

25  DATED:  June 21, 2017                      ALEXANDER & ASSOCIATES, PLC

26

27                                             By:____/s/ William L. Alexander /s/____
                                                    WILLIAM L. ALEXANDER
28                                                  Attorneys for Defendants

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

JOINT MID-DISCOVERY STATU REPORT                                    1:17-CV-00258-LJO-JLT

1

2   DATED:   June 21, 2017                          RICHARD A. NERVIG, P.C.

3

4                                                   By: ___/s/ Richard A. Nervig /s/_____
                                                         RICHARD A. NERVIG
5                                                        Attorneys for Plaintiff

6

7
    DATED:   June 21, 2017                          NEMKOV & BONIFAVI, PLLC
8

9                                                   By: ___/s/ Dan Bonifazi /s/_____
10                                                       DAN BONIFAZI
                                                         Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

JOINT MID-DISCOVERY STATU REPORT                                    1:17-CV-00258-LJO-JLT