**William L. Alexander** (State Bar Number 126607)
**Alisyn J. Palla** (State Bar Number 236192)
Alexander & Associates
1925 G Street
Bakersfield, CA  93301
Phone: 661-316-7888
Email:  walexander@alexander-law.com

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| M.D. MARK, INC., | ) | Case No.  1:17-CV-00258-LJO-JLT |
| Plaintiff, | ) | **JOINT STATUS REPORT** |
| vs. | ) | |
| PACSEIS, INC. | ) | |
| Defendant. | ) | |

Pursuant to this Court's Order After Informal Conference; Order Staying Case entered September 13, 2017 ("Order") and this Court's Minute Orders issued October 16, 2017 and November 7, 2017, the parties hereby submit this joint report setting forth the status of the matter and requesting a brief continuation of the stay.

1. <u>Status of MD Mark review of information and documents</u>.  PacSeis provided MD Mark the following in electronic form via overnight delivery on November 3, 2017: the redacted portion of Exhibit A relevant to the seismic data PacSeis believed it acquired from OXY in good faith, the summary of PacSeis licensing agreements from 2002 to present, and the 2002 OXY Agreement and Amendment language relating to OXY's retention of any rights to the seismic data transferred to PacSeis in 2002.  While MD Mark has worked diligently to review the information and documents provided, and has made substantial progress, MD

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

1

JOINT STATUS REPORT                                                    1:17-CV-00258-LJO-JLT

1  Mark will need additional time to complete its review.  The parties anticipate and further
2  agree MD Mark will need three weeks from the date of this Status Report, in part due to the
3  upcoming holidays, to review the information and documents provided by PacSeis, request
4  and review a sampling of no more than 25 redacted license agreements identified on the
5  summary of PacSeis licensing agreements, and make a determination as to whether to
6  dismiss this action against PacSeis.

2. <u>Request to extend stay</u>.  As indicated above, the parties need an additional three weeks from this joint status report to complete the review of the information and documents PacSeis provided to MD Mark via overnight delivery on November 3, 2017, as well as a sampling of no more than 25 redacted licensing agreements identified on the summary of licensing agreements.  Based upon the foregoing, the parties hereby request that this Court allow MD Mark up to and including December 8, 2017 to complete its review of the information and documents provided, including any sampling of redacted licensing agreements that may be requested and provided.  Further, the parties request that this Court extend the current stay up to and including December 15, 2017, with the parties providing another joint status report on or before December 15, 2017, which the parties anticipate will apprise the Court of whether this matter will be resolved informally, or whether litigation needs to resume.  The requested extension of the stay is to preserve the status quo while the parties work diligently to resolve this matter.  The parties do not intend, and their request should not be interpreted to mean the parties desire to amend the current case schedule or continue the trial date at this time.  The parties reserve all rights pertaining to positions, claims, and objections relating to outstanding discovery disputes, non-dispositive motions (e.g. motions to compel), dispositive motions, and /or motions to amend the case schedule.

Respectfully submitted,

DATED:  November 17, 2017          ALEXANDER & ASSOCIATES, PLC


By:    /s/ William L. Alexander /s/
         WILLIAM L. ALEXANDER
         Attorneys for Defendant

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

2

JOINT STATUS REPORT                                                         1:17-CV-00258-LJO-JLT

1  DATED: November 17, 2017          RICHARD A. NERVIG, P.C.

2

3                                                          By:    /s/ Richard A. Nervig /s/
                                                                  RICHARD A. NERVIG
4                                                                 Attorneys for Plaintiff

5  DATED: November 17, 2017          NEMKOV & BONIFAVI, PLLC

6

7                                                          By:    /s/ Dan Bonifazi /s/
                                                                  DAN BONIFAZI
8                                                                 Attorneys for Plaintiff

Alexander & Associates
Attorneys at Law
1925 G Street
Bakersfield, CA 93301
(661) 316-7888

3

JOINT STATUS REPORT                                                                 1:17-CV-00258-LJO-JLT