# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| M.D. MARK, INC., | ) | Case No.: 1:17-cv-00258 JLT |
| Plaintiff, | ) ) | ORDER DISMISSING THE ACTION |
| v. | ) ) | (Doc. 33) |
| PACSEIS, INC., | ) ) | |
| Defendant. | ) | |

The parties have resolved this matter and agree that the matter should be dismissed. (Doc. 33) They agree also that the Court should retain jurisdiction to enforce the settlement and the protective order. Id. Therefore, the Court **ORDERS**:

1. The stipulated request for dismissal is **GRANTED**:
2. The Court retains jurisdiction to enforce the settlement agreement and the protective order.

IT IS SO ORDERED.

Dated: **January 9, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE